IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACOB T. DIETRICH,

    Plaintiff,                                           JUDGMENT IN A CIVIL CASE

v.                                                            11-cv-862-wmc

WISCONSIN DEPARTMENT OF CORRECTIONS,
KATHRYN R. ANDERSON, MICHAEL BAENEN,
RUSS CORCORAN, SUSAN G. CASPER, JOHN DORUFF,
CHRIS EPLETT, TOM GOZINSKI, GARY HAMBLIN,
RICK RAEMISCH, DAVID HINES, MICHAEL MOHR,
CATHRINE FRANCOIS, THREASA MURPHY,
TIMOTHY PIERCE, ISMAEL OZANNE, AMY BASTEN,
MS. J. DINSE, JUDY SMITH, WILLIAM POLLARD,
DEWAYNE STREET, UNIVERSITY OF WISCONSIN
SYSTEM, KELLY CURTISS, DEBBRA BAKER, DAWN
DRAKE, CHANCELLOR - UNIVERSITY OF
WISCONSIN PLATTEVILLE, JAMES P. RIELY, PAIGE
REED, WILLIAM F. TREZEVANT, SUSAN HANSEN,
CHAIRPERSON - ADMISSIONS AND ACADEMIC
APPEALS COMMITTEE, UWP, CHRISTINE STORLIE,
MILWAUKEE AREA TECHNICAL COLLEGE, JUDY
TOLKAN, CARL MORENCY, AFFIRMITIVE ACTION
OFFICER / GENERAL COUNSEL, MATC, GIM DOYLE,
SCOTT WALKER, BROWN COUNTY, MUNICIPALITY,
WAUKESHA COUNTY, MUNICIPALITY, GRANT
COUNTY, MUNICIPALITY, and
WINNEBAGO COUNTY, MUNICIPALITY,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

By: _____                      5-29-12
    Peter Oppeneer, Clerk of Court                            Date